**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gilberto RAMIREZ–CHAVEZ,**
**Defendant–Appellant.**

**No. 04–6399.**

United States Court of Appeals,
Sixth Circuit.

June 14, 2006.

James W. Powell, Asst. U.S. Attorney, U.S. Attorney's Office, Jackson, TN, for Plaintiff–Appellee.

J. Patten Brown, III, Asst. Federal Public Defender, Office of the Federal Public Defender for the Western District of Tennessee, Memphis, TN, for Defendant–Appellant.

---

\* The Honorable Edmund A. Sargus, Jr., United States District Judge for the Southern District of Ohio, sitting by designation.

1. Appellant's counsel stated during a telephonic oral argument that Ramirez–Chavez

Before: RYAN and COLE, Circuit Judges; and SARGUS, District Judge.\*

SARGUS, District Judge.

Appellant Gilberto Ramirez–Chavez contends, and the government does not dispute, that he was sentenced prior to the decision in *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), in violation of the Sixth Amendment. The parties agree that a remand is appropriate for resentencing under *Booker.*

The sentence is VACATED and this case is remanded for resentencing in light of *Booker.*[1]

---

was withdrawing his first assignment of error which challenged a sixteen-level enhancement under U.S.S.G. § 2L1.2(b)(1)(A). Consequently, the Court does not address this issue.